July 1, 2005

Ms. Nancy L. Patterson
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5009

Ms. Teresa G. Sanchez
Collins & Basinger
5400 LBJ Freeway, Suite 525
Dallas, TX 75240

RE: Case Number: 04-1103
 Court of Appeals Number: 05-04-00131-CV
 Trial Court Number: 296-689-03

Style: SAS INSTITUTE, INC.
 v.
 JOHN W. BREITENFELD

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures (2)

|cc:|Ms. Lisa Matz |
| |Ms. Hannah |
| |Kunkle |